# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 19-CR-360-RC |
| **JOSEPH MELVIN** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Jeffrey N. Poulin, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully Submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY D.C.
D.C. Bar No. 481052

BY:     */s// Jeffrey N. Poulin*
Jeffrey N. Poulin
WV Bar. No. 11437
Assistant United States Attorney
555 4th Street, N.W., Rm 4110
Washington, D.C. 20530
202-252-2641
jeffrey.poulin@usdoj.gov